**KIM P. BERG**  Duration of Proceeding:_____Hours _____ Mins._____
**UNITED STATES MAGISTRATE JUDGE**  AT&T     Courtflow     Court Reporter:_____
**DISPOSITION SHEET**

DOCKET NO._____(KPB)       Defendant:_____
AUSA:_____       Defense Counsel:_____
                                      Retained     FPD     CJA     Present without counsel
                                      INTERPRETER:_____

**RULE 5     STATUS CONF.     COMPLIANCE CONF.     SENTENCING     OTHER**: _____

COMPLAINT FILED     READING WAIVED     CJA23 APPROVED/SIGNED     CONSENTS TO MJ
DEFENDANT PLEADS:     GUILTY     NOT GUILTY     GUILTY TO  NON-CRIMINAL OFFENSE OF:_____
_____
COURT ENTERS PLEA OF NOT GUILTY ON BEHALF OF DEFENDANT
DUE PROCESS PROTECTION ACT ORDER READ INTO THE RECORD/SIGNED
ADJOURNED TO:_____AT_____am/pm  for    STATUS CONF.     TRIAL     DISCOVERY     PLEA BARGAIN
TO OBTAIN COUNSEL     OTHER: _____
DISMISSED:     GOVT MOTION     INTEREST OF JUSTICE     LACK OF EVIDENCE     UNABLE TO PROSECUTE
ROR     REMAND     PROCESSED BY USMS (Class A Misdemeanors only)

**BAIL DISPOSITION**
DETENTION ON CONSENT W/O PREJUDICE DETENTION:     RISK OF FLIGHT     DANGEROUSNESS TO COMMUNITY
DETENTION HEARING SCHEDULED FOR: _____AT _____am/pm
AGREED CONDTIONS OF RELEASE
BOND ENTERED WITH THE FOLLOWING CONDITIONS:
          FRP_____ SECURED BY $_____Cash/Property
          Travel restricted to: _____
          Surrender travel documents (& no new applications)
          Pretrial supervision:     Regular     Strict     As Directed
          Drug Testing/Treatment as directed by PTS
          Submit to Urinalysis; if positive, add condition of drug testing/treatment
          Home Incarceration     Home Detention     Curfew     Stand Alone Monitoring     Location Monitoring; GPS
          Def to continue or seek employment [or] Def to continue or start education program
          Def not to possess firearm/destructive device/other weapon
          Defendant can be released on his own signature
          All conditions to be met by:_____

**SENTENCING**
FINE: $ _____               ASSESSMENT:$ _____          RESTITUTION:$_____ TO BE
PAID BY_____     OR APPEAR ON _____AT 9:00 am at _____
     ACD FOR:  _____  Months _____ Years    Compliance Date: _____at 9:00 am at _____
**Conditions of ACD**
          Attend Victim Impact Panel, Date: _____at _____am at _____
          No new arrests/violations of Local, State, or Federal Laws
          Counseling/Treatment with proof of enrollment/completion
          Community Service  -  Hours: _____
          Prohibited from entering premises at: _____
          Immediately notify the Court/Counsel of change of address
          Other:_____
ACD COMPLETED     ORDER OF DISMISSAL ENTERED     JUDGMENT TO FOLLOW     SEE TRANSCRIPT

NOTES: _____
_____
_____
Dated:_____                    _____/s/ Kim P. Berg_____
       White Plains, New York                            United State Magistrate Judge