# BUCKHEIT PARTNERS LLP

20 Spring Street, Suite 2
Warwick, New York 10990
Tel. (845) 357-0265 / Fax (866) 506-4025

John L. Buckheit, Esq. * °  
Joseph A. Jiampietro, Esq. *  
°Also admitted in New Jersey

buckheit@buckheitpartners.com  
jiampietro@buckheitpartners.com  
*Also admitted in the District of Columbia

January 4, 2024

Hon. Kim Berg, U.S.M.J.  
U.S. District Court, S.D.N.Y  
300 Quarropas Street  
White Plains, New York 10601

Re:   United States of America v. Anthony J. Bianchi, 23 Mag. 7071

Dear Hon. Madam Magistrate Judge:

As the Court is aware I am the defense counsel of record for the defendant, Anthony J. Bianchi.

I am writing, with the consent of the prosecutor, to request an extension of the time in which to file a motion and serve discovery demands.

Such is necessitated by my having experienced a medical condition which required me to undergo surgical procedures on December 5, 2023, and again on December 29, 2023. I have now returned to my office and anticipate serving both within the next two (2) weeks.

I respectfully apologize to the Court and opposing counsel for any resulting inconvenience.

Please contact me, at your earliest convenience, should you require any additional information.

Very truly yours,

John L. Buckheit

cc:

CPT Hamzah Khan  
Special Asst U.S. Attorney  
Office of the Staff Judge Advocate  
West Point, New York 10996

**Application Granted.**
**There being no objection from the Government, the Defendant may file his motion, and serve discovery demands by January 19, 2024.**

**So Ordered,**

**Hon. Kim P. Berg, U.S.M.J.**
**Dated: January 5, 2024**