UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE #: 7:23-MJ-07071-KPB |
| | ) | |
| v. | ) | HON. KIM P. BERG |
| | ) | |
| ANTHONY BIANCHI | ) | **AFFIDAVIT OF ROBERT RODENMAYER** |

State of New York
County of Orange

The undersigned affiant, Robert Rodenmayer, being duly sworn, hereby deposes and says:

1. To my knowledge, all of the facts stated in this affidavit are true and correct.

2. I am over 18 years of age. I reside at 10083 Sonoma Ct, Plain City, Ohio, 43064. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit.

3. I am currently employed as an Intermodal Transportation Operations Manager for STG Logistics.

4. I am a 1997 graduate of the United States Military Academy at West Point, New York ("USMA"), and served for nine years as an active-duty U.S. Army officer.

5. I was visiting West Point on from July 21 to July 23, 2023, to attend a West Point varsity football golf outing and reunion dinner. The golf outing and dinner occurred on July 22, 2023.

1

6. At approximately 1230am on July 23, 2023, I got into Government vehicle at Thayer Hotel with COL Anthony J. Bianchi ("COL Bianchi"). COL Bianchi was driving the vehicle, and I was in the front passenger seat.

7. We proceeded to Thayer Road from the Thayer Hotel access road, turning right onto Thayer Road.

8. There was a Military Police ("MP") vehicle parked in the right lane and the Thayer Access Control Point gate ("Thayer Gate"). The MP vehicle was parked behind a civilian vehicle.

9. COL Bianchi pulled into the left lane at Thayer Gate and pulled up next to the MP vehicle and stopped the vehicle parallel to the MP vehicle about a vehicle length before the Thayer Gate guard shack.

10. COL Bianchi rolled down the passenger-side window and called one of the two MPs over to COL Bianchi's Government vehicle. COL Bianchi asked the MP if everything was "ok" and if they needed any support. The interaction lasted approximately 20 seconds. At the conclusion of the interaction with the MP, the MP tapped on the roof of the Government vehicle and wished us a good night.

11. We then proceeded toward the guard shack at Thayer Gate. COL Bianchi applied the brakes as we approached the guard, who was in the guard shack, and pointed to his Garrison Commander ("GC") placard on the dashboard. We slowly advanced through Thayer Gate and toward the stop sign/intersection of Thayer Road and Mills Road. At no time did the guard or

2

MPs make any attempt to detain or take any action that would've indicated we had not followed proper procedure or should not continue on our way.

12. I had previously witnessed COL Bianchi driving through Thayer Gate without stopping and without having his ID scanned while in a Government vehicle with the GC placard displayed. Upon my arrival at West Point on Friday, July 21, 2023, I met with COL Bianchi at the Visitor's Center in Highland Falls, New York, located just outside Thayer Gate. At approximately 3:00 p.m. that afternoon, COL Bianchi and I drove in separate vehicles onto the USMA reservation. While I was stopped at Thayer Gate by a security guard and asked for ID to enter, COL Bianchi was able to slowly drive through Thayer Gate without stopping and without having his ID simply by pointing to his GC placard on the dashboard while being waved through Thayer Gate check point by the security guard.

13. After stopping at the stop sign at the intersection of Thayer Road and Mills Road, we proceeded straight onto Thayer Road toward the Bianchi residence. At no time on the drive to COL Bianchi's house, which took approximately six or seven minutes, did I observe any vehicle or individual in pursuit of COL Bianchi's vehicle or COL Bianchi individually.

14. At approximately 12:45 to 12:50 a.m., COL Bianchi parked the Government vehicle at the Bianchi residence. We got out of the vehicle and entered the home through the back door. Again, at no time did I witness any MP pursuit.

15. COL Bianchi told me he needed to take his dog out, so I went up to the third-floor bedroom I was staying in. When Tony returned, we spent 30 to 40 minutes conversing prior to retiring to our rooms for the night. This was around 1:30 a.m. At no time did I hear anyone knocking or

3

attempting to enter the house. I was unaware that anyone had entered the house and that COL Bianchi had been escorted out and to the MP station until COL Bianchi returned and explained what had happened.

Warwick, New York
January 10, 2024

_____
Robert Rodenmayer

✓ Sworn to before me this
10th day of January 2024:

[Insert notary stamp.]

In Franklin County Ohio

MUNAWWER A KHAN
Notary Public
State of Ohio
My Comm. Expires
August 21, 2027

4