# SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

## PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10, USC Section 301; Title 5, USC Section 2951; E.O. 9397 Social Security Number (SSN).

**PRINCIPAL PURPOSE:** To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents.

**ROUTINE USES:** Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management. Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions.

**DISCLOSURE:** Disclosure of your SSN and other information is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| WEST POINT | 2023/07/23 | 0230 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| CABALLERO JESSE | 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 | GS6 |

**8. ORGANIZATION OR ADDRESS**
DASG

**9.** I, CABALLERO JESSE, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I S/A Caballero was stationed at Thayer Search from 2200hrs to 0600hrs. At around 0038hrs a government van drove up to the search area. I recognize the driver as Col. Bianchi. Col. Bianchi stop and talk to a MP. Then the Col. proceeded to my station. Col. Bianchi failed to stop and have his I.D. scan. Col. Bianchi proceeded to drive off.

Q: SPC Washington
A: Caballero Jesse

Q: Was there anyone else in the vehicle?
A: Yes.

Q: Did you happen to know who?
A: No

**10. EXHIBIT**

**11. INITIALS OF PERSON MAKING STATEMENT**

PAGE 1 OF 3 PAGES

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ____ TAKEN AT ____ DATED ____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, NOV 2006    PREVIOUS EDITIONS ARE OBSOLETE    APD LC v1.01ES

STATEMENT OF Caballero Jesse TAKEN AT PMO DATED 2023/07/23

**9. STATEMENT (Continued)**

Q: What did you after Col. Bianchi ran the Stop Sign?
A: The MP was at Thayer Gate/ch

Q: Do you know color the vehicle was?
A: Dark color, blue or Blk

Q: Is there anything of odor coming from the vehicle?
A: No

Q: Is there anything you'll like to add to your statement?
A: No

///END OF STATEMENT///

STATEMENT OF CX BALLERO JESSE TAKEN AT 0830 PMO DATED 2023/07/23

**9. STATEMENT** (Continued)

**AFFIDAVIT**

I, COBA/ERO JESSE, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE 3. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE OR UNLAWFUL INDUCEMENT

(Signature of Person Making Statement)

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 23rd day of July, 2023 at the Provost marshal office, west point

(Signature of Person Administering Oath)

Shyquan Washington
(Typed Name of Person Administering Oath)

ORGANIZATION OR ADDRESS

(Authority To Administer Oaths)

ORGANIZATION OR ADDRESS

INITIALS OF PERSON MAKING STATEMENT

PAGE 3 OF 3 PAGES

DA FORM 2823, NOV 2006

APD LC v1.01ES