| INVESTIGATOR ACTIVITY SUMMARY<br>For use of this form, see AR 190-30; the proponent agency is OPMG. | | | 1. CONTROL NUMBER | |
|---|---|---|---|---|
| 2. DATE (YYYYMMDD)<br>20230725 | 3. TIME<br>1603 | 4. AGENT<br>LTC Sanchez, Miguel A. | | 5. MAN HOURS<br>5 |

### SUMMARY OF INVESTIGATIVE ACTIVITY

On 20230725, at 2044HRS, SGT Young, the Desk Sergeant called me to notify me of a call received from Ike Hall which involved an incident with the Garrison Commander, COL Bianchi. At 2046HRS, I called Mr. Erik Mitchell, the Deputy Garrison Commander to make him aware of the potential issue and informed him that I would be on my way. About 10 minutes later, I arrived at Ike Hall in my civilian vehicle and found Mr. Mitchell, COL Bianchi, and two patrols, PTL 3-0 (SGT Jackson), and PTL 3-2 (SPC Cox) speaking downstairs, on the ground level of Ike. COL Bianchi was visibly upset that someone had called the MPs, and he wanted to speak with the individual then. We tried to explain how that was a bad idea and that the patrols would speak to the individual, and that it was their right to call and we needed to look into it, that it was probably a misunderstanding, but patrols had a responsibility to respond. When we reached the 4th floor (Ballroom level), I asked the patrols to stay behind as to not make a scene. Mr. Mitchell accompanied COL Bianchi back to the event and I didn't speak with him again. At 2105HRS, I called the Desk again to ask for contact information for the caller, to which SGT Young provided Mr. Ian Blair' phone number. At 2107HRS, I made an attempt to call 760-443-5626 with no response. I continued searching and asking for a manager or someone who could assist me in finding Mr. Blair. I asked several employees who didn't know what I was asking about, I finally found a manager at the bar, who knew what happened. We walked out of the ballroom and met with the patrols who were waiting by the elevators. We went down one floor in the elevator, where we went into an office and met with Mr. Blair. I told them that we needed to collect a West Point Field Interview Worksheet, but that he could provide a statement if he wanted to. I left the patrols with Mr. Blair and went back upstairs to ensure that COL Bianchi didn't make an attempt to talk with Mr. Blair who stated that he felt threatened and unsafe, and that he didn't want to run into him and that he wanted to go home. When I went upstairs, I met with Mr. Mitchell who stated that COL Bianchi had calmed down and he was going back to the event. We took the elevator back to the ground floor, spoke for several minutes and then left. At 2123HRS, I called the Desk to let them know that I was leaving Ike Hall and at 2128HRS, I called the Provost Marshal (PM), MAJP Beaumont to give him an update on the situation and let him know that I was going back home. Between 0110HRS to 0131HRS, I had 11 missed calls from the PM on both of my phones. At 0131HRS, I woke up and the PM told me that he was in front of my house and that we had an issue. He informed me that COL Bianchi had been seen driving his Government Owned Vehicle through Thayer Gate and that patrols had found the vehicle outside of his quarters and they didn't know how to proceed. At 0143HRS, I made multiple attempts to contact the on-call SJA at 845-372-3036 with no response to get advice. At 0145HRS, I called Mr. Mitchell to make him aware of the situation. We met outside of COL Bianchi's quarters along with the PM, the DES SGM, SGM Antonio Gonzalez, and CSM Fraser to talk about what had happened and what was the best way to gain access to the residence. CSM Fraser and Mr. Mitchell went inside to check on him and ask him to come speak with the MPs and be cooperative. They walked out with COL Bianchi and he went in the back of the the MPDO's (SSG Spicer) vehicle at 0250HRS. After this, the PM began driving me home, when he got a call from the patrols stating that COL Bianchi started to become aggressive and difficult. At 0312HRS, I called CSM Fraser and asked her if she could assist in keeping COL Bianchi calm so that he could be processed. I went home and got updates from the PM via text until COL Bianchi was released to CSM Fraser and LTG Gilland. /// END OF STATEMENT ///

LTC Miguel A. Sanchez
DES Director

DA FORM 7569, OCT 2005                                                                 APD LC v1.00