| INVESTIGATOR ACTIVITY SUMMARY<br>For use of this form, see AR 190-30; the proponent agency is OPMG. | 1 CONTROL NUMBER | |
|---|---|---|
| 2. DATE (YYYYMMDD)<br>20230723 | 3. TIME<br>0300 | 4. AGENT<br>SGT Jackson Clayton | 5. MAN HOURS |

### SUMMARY OF INVESTIGATIVE ACTIVITY

This statement is intended to clarify and/or elaborate on certain aspects if this investigation not covered elsewhere in statements and/or documents.

On 22 JUL 23 at 2031 HRS, I was dispatched to BLDG #655 (Eisenhower Hall) in regards to a Verbal Outburst. A worker had contacted the Provost Marshal Office, and stated they were in fear for their life due to COL Bianchi, Anthony threatening them and their job over a "bad cut of meat" that was served to him. While standing in the main room on the 4th floor i had spotted COL Bianchi at the back of a large gathering of people with what i can assume was alcohol in a glass in his hand by the shape of the glass and the caramel color the liquid had. When I made contact with COL Bianchi, noticed he seemed inebriated as we walked down to the 1st floor lobby where we met with PTL 3-2 (SPC Cox) and D-6 (LTC Sanchez). He insisted on going back up to the ballroom where the football club event was being held to confront the server that had called to "straighten things out". I had met LTC Sanchez outside the BLDG to brief him on how events have played out so far, upon reentry of the building I overheard COL Bianchi state to SPC Cox "I'm a Colonel, you're not gonna tell me not to go upstairs.", we all then proceeded to go back up to the 4th floor. Once we were on the floor myself and SPC Cox stood by outside of the ballroom as to not make a scene. The server that was involved in the incident had already left the ballroom prior to our arrival and was safely in a staff office waiting for our arrival. We made contact with CIV Blail, Ian and after ensuring his safety SPC Cox collected 1 Field Interview Worksheet, and 1 DA Form 2823 (Sworn Statement). He had reiterated our initial report of COL Bianchi verbally assaulting him over a "Bad cut Of Meat" threatening Blail's job and hurling obscenities at Blail and surrounding coworkers/managers. Blail stated in his DA Form 2823 that at no point did the interaction get physical and no one was physically harmed. Upon my observation, Blail seemed to be shaken up and afraid but in good health. We proceeded to escort Blail to his vehicle to ensure his safety. Myself and SPC Cox cleared scene at 2210. Upon clearing, we noticed COL Bianchi's GOV gone from in front of Eisenhower Hall unaware of who drove his vehicle. On 23 JUL 23 at 0028 HRS, I was dispatched to the Thayer Hotel for a verbal altercation. Upon arriving on scene, I spoke with CIV Maltz, James who was staying at the hotel with his girlfriend, CIV Spadafino, Amanda for a wedding. After the wedding, both parties had a discussion due to the amount of alcohol consumption CIV Maltz had partaken in. After getting CIV Maltz's side of the story, I called for an additional patrol to meet me in the parking lot to collect a West Point Field Interview Worksheet from him, while I went to the Zulu Time Rooftop Bar in an attempt to find CIV Spadafino. Upon entering Zulu Time at 0030 HRS, I talked with staff to see if CIV Spadafino was last seen in the area. She was still at the bar with other guests. I then asked her if she would feel more comfortable talking inside. She stated "yes, I do not want to cause a scene". As we stepped into the upper balcony next to the entrance doors to the bar, I overheard Thayer Gate come on the radio stated that they have a possible open container. Upon completing the FI on CIV Spadafino, I went to go check with PTL 3-1 (SPC Washington) who was in the parking lot with CIV Maltz, asking if they needed anything from me, both parties stated that they were good. I then made my way over to Thayer Gate to assist 3-2 (SPC Cox) with the open container. I had parked my vehicle inside the lower lot of the Thayer Hotel parking lot just past the main guard shack booth so I would not impede the flow of traffic. Once I had linked up with SPC Cox, he briefed me on the situation, a bottle was found on the floor board on the passengers side. CIV Ramirez, Kevin was the passenger while CIV Jerliz, Yeye was driving. At 0039 HRS I witnessed COL Bianchi, Anthony come up to Thayer Gate in his GOV with a passenger. Upon seeing COL Bianchi, he lowered the passenger side window to ask if CIV Jerliz was doing well. I then stated that everything was fine and to stay safe sir. I then turned to walk back to SPC Cox's patrol car, I then glanced back over to the open lane at Thayer Search noticing that the GOV did not stop for the DASG and proceed to disregard the stop sign at the gate. At 0040 HRS, I then recalled that earlier in the night, myself and SPC Cox had met with COL Bianchi at the Ballroom at "Ike Hall" during another call for service, where I could tell he had been drinking what I assumed to be alcohol. I then called the desk via radio to inform them that I would be contacting them via telephone. I explained the situation and quickly left the lower parking lot of the hotel in a attempt to locate COL Bianchi. After checking at his residence with no sightings of the vehicle, SPC Washington, SPC Cox, and I then went through every housing area and main road, along with the Garrison Headquarters parking lot for the vehicle. After no positive sightings, I then went back to his residence taking an alternate route behind the Washington Avenue quarters, spotted the vehicle with SPC Washington, and confirmed with the desk that it was COL Bianchi's GOV, the same one that I saw running the Thayer ACP. I then told SPC Washington to stage his vehicle in an area near the residence to keep watch of the vehicle, but keep enough distance to avoid being noticed if COL Bianchi were to leave his residence again. I then returned to the station to brief the desk and the Duty Officer (SSG Spicer) on everything that had occurred. At 0130 HRS, I then returned to the residence to replace SPC Washington along with SPC Cox. I was then recalled to the PMO at 0214 HRS to start writing my statement.

Jackson, Clayton
SGT, USA
Military Police

DA FORM 7569, OCT 2005                                         APD LC v1.00