| INVESTIGATOR ACTIVITY SUMMARY <br> For use of this form, see AR 190-30; the proponent agency is OPMG. || 1. CONTROL NUMBER ||
|---|---|---|---|
| 2. DATE (YYYYMMDD) <br> 20230723 | 3. TIME <br> 0600 | 4. AGENT <br> SPC Trevor Cox | 5. MAN HOURS |

**SUMMARY OF INVESTIGATIVE ACTIVITY**

This statement is intended to clarify and/or elaborate on certain aspects if this investigation not covered elsewhere in statements and/or documents.

On 22 JUL 23 at 2031 HRS, I was dispatched to BLDG #655 (Eisenhower Hall) in regards to a Verbal Outburst. A worker had contacted the Provost Marshal Office, and stated they were in fear for their life due to COL Bianchi, Anthony threatening them and their job over a "bad piece of meat" that was served to him. When I arrived on scene I immediately made contact with COL Bianchi on the first floor lobby and immediately noticed he seemed extremely inebriated. He continuously asked myself and 3-0 (SGT Jackson, Clayton) why we were there and asked who called us. From my observation he did not seem combative, just intoxicated and annoyed. He insisted on going back up to floor 4 where the football club event was being held to confront the server that had called to "sort things out". When I asked him to standby for 3-0 and D-6 (COL Sanchez) he told me "I'm a Colonel, you're not gonna tell me not to go upstairs." D-6 and 3-0 walked in immediately after he said this and we all proceeded upstairs, where COL Bianchi and his friend Eric entered the ballroom with D-6. Myself and 3-0 stood by outside of the ballroom as to not make a scene. The server that was involved in the incident had already left the ballroom prior to our arrival and was safely in a staff office waiting for our arrival. We made contact with CIV Blail, Ian and after ensuring his safety I collected 1 Field Interview Worksheet, and 1 DA Form 2823 (Sworn Statement). He had reiterated our initial report of COL Bianchi verbally assaulting him over a "Bad Piece Of Meat" threatening Blail's job and hurling obscenities at Blail and surrounding coworkers/managers. Blail stated in his DA Form 2823 that at no point did the interaction get physical and no one was physically harmed. Upon my observation, Blail seemed to be shaken up and afraid but in good health. We proceeded to escort Blail to his vehicle to ensure his safety. Myself and 3-0 cleared scene at 2210. Upon clearing, I noticed COL Bianchi's GOV gone from in front of Eisenhower Hall unaware of who drove his vehicle. Then at 0028 HRS, I was dispatched to a call at Thayer Search, and while on scene along with 3-0 we observed COL Bianchi in his GOV with 1 unknown male passenger entering through Thayer Search. Due to our previous interaction with COL Bianchi, we were already aware of his possible inebriation. He slowed to say something to 3-0 where he then proceed to drive through the gate without presenting proper credentials to DASG. There was no barrier activation at Thayer Search, and there was a slight delay to myself, and 3-0 pursuing as we were in the middle of finishing at our current situation. 3-0 cleared scene and began pursuing at 0040 HRS while I stayed to close out my current call. Once I completed my current call I began searching for COL Bianchi alongside 3-0 and 3-1. 3-0 Located COL Bianchi's GOV parked behind his residence at which we posted Patrol vehicles on his outbound road at 0130 HRS to ensure he did not enter the roadway while possibly intoxicated again. SGM Frasier arrived on scene shortly after along with MAJ Beaumont. Once on scene of COL Bianchi's house SGM Frasier and his friend Eric attempted to convince him to come to the station peacefully and cooperatively. After about 15 minutes COL Bianchi came outside and entered the back of 8-0 (SSG Spicer's) patrol vehicle. He was then escorted to the PMO and arrived at 0255 HRS and while entering the PMO without being questioned by myself or 8-0 was stating that he "had been drinking all day" and that "he had never left his house all day". He persisted that he was very confused about why he was at the PMO and stated he "had never driven through Thayer Gate". At this point to my observation, he still seemed extremely inebriated walking mindlessly towards walls, and strongly slurring his words. We placed COL Bianchi inside of the interview room at 0257 HRS, where 8-1 (SGT Morales) started his DWI observation period at 0258 HRS. At this point COL Bianchi started to get agitated and claimed "I am a citizen and am able to walk out right now if I want to". COL Bianchi attempted to exit his interview room at this time and was being extremely uncooperative. After being instructed to take his seat in the interview room he became more agitated and started raising his voice claiming he was allowed to leave if we were not charging him with a crime at that very current moment. After calming down after some time he remained seated and talked with Eric and SGM Frasier during the observation period. COL Bianchi's observation period ended at 0318 HRS, and 8-1 attempted to provide COL Bianchi with his first attempt at a BA Form. COL Bianchi continued to be uncooperative and refused to say anything other than "I want a lawyer" resulting in this BA Form attempt to be unsuccessful. 8-1 ceased his attempt at 0333 HRS and gave COL Bianchi more time to calm down and begin being cooperative. At 0350 HRS I entered COL Bianchi's interview room where I initiated his DA Form 3881 (Rights Waiver) COL Bianchi was still continuously repeating "I want a lawyer" holding up his process of receiving a lawyer. He began to cooperate with SGM Frasier in the room and started to calm down and thank me for my work. After being instructed he was suspected of DWI, we managed to complete his DA Form 3881 with COL Bianchi remaining calm and cooperative. COL Bianchi invoked his right to a lawyer after being read his rights and no questions were asked at that point. SGM Frasier served as the witness to COL Bianchi signing invoking his rights to a lawyer at 0355HRS. After a successful attempt with a DA Form 3881 8-1 again attempted to provide a BA Form at 0400 HRS, which was again denied by constant repeating of "I want a lawyer" from COL Bianchi. COL Bianchi at this time again became extremely uncooperative and refused to answer any pertinent info required for 8-1. After this second failed attempt it was deemed that COL Bianchi was to be released for tonight and brought back at a later date for CODIS processing. COL Bianchi was released to SGM Frasier and GEN Gilland. After some discussion and COL Bianchi continuing to cooperate and calm down he was released from the PMO at 0618.

Cox, Trevor
SPC, USA
Military Police

DA FORM 7569, OCT 2005                                                                                                              APD LC v1.00