| INVESTIGATOR ACTIVITY SUMMARY<br>For use of this form, see AR 190-30; the proponent agency is OPMG. | | | 1. CONTROL NUMBER | |
|---|---|---|---|---|
| 2. DATE (YYYYMMDD) | 3. TIME | 4. AGENT | | 5. MAN HOURS |
| 20230723 | 0607 | SSG Spicer/Traffic Collision Investigator | | 8 |

**SUMMARY OF INVESTIGATIVE ACTIVITY**

This statement is intended to clarify and/or elaborate on any aspects of the investigation not covered in any other documents.

On 23 July 2023 at approximately 0041 hrs, I was notified of a possible unauthorized entry to West Point at Thayer search. The subject was confirmed to be COL Bianchi, Anthony by Patrol 3-0 (SGT Jackson) and DASG. At approximately 0221 hrs, I arrived at COL Bianchi's residence at 118A Washington Rd with Patrol 3-1 (SPC Washington) and Patrol 3-2 (SPC Cox). I approached COL Bianchi and told him I needed him to come to the PMO. While transporting COL Bianchi, he kept asking me "what is going on, I was sleeping in my bed." He was transported from his residence at 0250 hrs. Upon arrival to the PMO at 0257 hrs, he asked me again, "what is going on" and I stated "Sir, you are here because of a suspicion of driving while intoxicated". COL Bianchi then asked "what time," I informed him at "approximately 0038 hrs," he said "I was drinking all day but no way, I was home sleeping." I informed him "we have a witness who saw you sir." COL Bianchi was told by SGT Morales and SPC Cox to have a seat in the interview room. He complied and this started the observation period of 20 mins in order to prepare for the Data master. SPC Cox read COL Bianchi the Rights Waiver and that he is being suspected of driving while intoxicated. COL Bianchi invoked his right to speak with an attorney. After the rights waiver was signed, myself and SGT Morales informed COL Bianchi of the Blood Alcohol Consent form and he refused to comply with the form. SGT Morales then ran a refusal test on the Data Master to complete the Blood Alcohol Test. I told SPC Washington to go to Thayer Hotel and start a canvas of the area to see if anyone seen COL Bianchi. SPC Washington talked to the security guard, who showed him video footage and the front desk who informed him the manager (Mr. Courtney) has gone home for the night. I instructed SGT Schumer to call Thayer Hotel and get a time Mr. Courtney will be in so we could question him. COL Bianchi was released to CSM Frasier at 0618 hrs.//////////////////////////////////////////////////////ENDOFSTATEMENT//////////////////////////////////////////////////////

WILLIAM B. SPICER
SSG, USA
Traffic Collision Investigator

DA FORM 7569, OCT 2005                                      APD LC v1.00