UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      v.-

Anthony J. Bianchi

            Defendant.

AFFIRMATION IN SUPPORT OF CONTINUANCE

23 Mag. 7071

HAMZAH KHAN, under the penalty of perjury, affirm the following:

1. I am a Special Assistant United States Attorney in the Southern District of New York. I submit this affirmation in support of an application for an initial order of continuance of the time within which an indictment or information would otherwise have to be filed pursuant to 18 U.S.C. § 3161(h)(7)(A).

Anthony Bianchi, the defendant, was charged with a violation of NYVTL 1192 (3), NYPL 165.05(2), NYPL 240.20 (1) and NYVTL 1110(a) as assimilated under 18 U.S.C. § 13 in a complaint dated November 3, 2023. The defendant was presented before Magistrate Judge Kim P. Berg on December 1, 2023, and the defendant was released on his personal recognizance.

2. John Buckheit, Esq., counsel for the defendant, has notified the Government of an intent to request discovery. The Government requests that a continuance of 28 days be granted to resolve pre-trial matters. Mr. Buckheit, on behalf of the defendant, agreed that a continuance of 28 days was appropriate in these circumstances.

3. Pursuant to 28 USC § 1746, I declare under penalties of perjury that the above is true and correct.

Executed on 21 February 2024

                                                                       _____
                                                                       HAMZAH KHAN
                                                                       Special Assistant United States Attorney