UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANTHONY J. BIANCHI,

Defendant.

**INFORMATION**

24 Cr. 483 (KPB)

**COUNT ONE**
**(Driving While Intoxicated)**

The United States Attorney charges:

1.  On or about July 23, 2023, on the West Point Military Reservation, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, ANTHONY J. BIANCHI, the defendant, operated a motor vehicle upon a public roadway while intoxicated, to wit, the defendant operated a motor vehicle at or near Thayer Gate, after consuming alcohol to the extent he was incapable, to a substantial extent, of employing the physical and mental abilities which he is expected to possess in order to operate a vehicle as a reasonable and prudent driver.

(New York Vehicle & Traffic Law, Section 1192(3); and
Title 18, United States Code, Section 13)

**COUNT TWO**
**(Disorderly Conduct)**

The United States Attorney further charges:

2.  On or about July 22, 2023, on the West Point Military Reservation, within the special maritime and territorial jurisdiction of the United Sates, in the Southern District of New York, ANTHONY J. BIANCHI, the defendant, with intent to cause public inconvenience, annoyance and alarm, and recklessly creating a risk thereof, engaged in violent, tumultuous and

threatening behavior, to wit, the defendant, in a public manner, physically intimidated and threatened to fire a chef at an event at Eisenhower Hall.

(New York Penal Law, Section 240.20(1); and
Title 18, United States Code, Section 13)

## COUNT THREE
**(Disobeying a Traffic Control Device)**

The United States Attorney further charges:

3.  On or about July 23, 2023, on the West Point Military Reservation, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, ANTHONY J. BIANCHI, the defendant, failed to obey an official traffic control device, to wit, the defendant failed to stop at a posted stop sign at or near Thayer Gate.

(New York Vehicle & Traffic Law, Section 1110(a); and
Title 18, United States Code, Section 13)

_____
DAMIAN WILLIAMS
United States Attorney