**THE LAW OFFICES OF**
**CARLOS A. MARTIR, JR., ESQ.**

---

| | | |
|---|---|---|
| 30 WALL STREET, 8th floor | EMAIL: carlosmartirlaw@verizon.net | 626 SOUTH STATE STREET |
| NEW YORK, NEW YORK 10005 | | NEW TOWN, PA 18940 |
| OFFICE: 212.227.0267 | | OFFICE: 2 15.840.9119 |
| FAX:    215.968.6915 | | FA X:    215. 968.6915 |

August 28, 2024

**VIA ECF**
Honorable Kim P. Berg
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      RE: United States v. Anthony Bianchi
        Criminal Number: 24-CR-00483

Dear Judge Berg:

  After reviewing the Government's submissions, that is, its Proposed Voir Dire, Jury Instructions and Verdict Sheet, we have concluded to not submit additional voir dire questions, additional jury instructions, or change the proposed Verdict Sheet.  We have consulted with our client who consents to our decision.

  If your Honor has any questions, please do not hesitate to have a member of your staff call me.

                Sincerely,

                *Carlos A. Martir, Jr.*
                CARLOS A. MARTIR, JR.