UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

UNITED STATES OF AMERICA

   -v-

ANTHONY BIANCHI,

      Defendant.

———————————————————————x

24-cr-483 (KPB)

## **ORDER**

KIM P. BERG, United States Magistrate Judge:

 Upon the Parties' Motions in Limine and oral argument held on September 4, 2024, for the reasons stated on the record on September 4, 2024:

1. The Government's Motion to admit two videos marked for identification as GX22-B and GX22-C is Granted and Defendant's Motion in Limine to preclude the introduction of these videos at trial is denied.
2. The Government's Motion to admit present sense impression testimony from Witness-1 and Individual-1 is deferred until the presentation of evidence at trial.
3. The Government's Motion in Limine to preclude questions of Witness-2 related to any alcohol related driving offense is Granted.

 The Parties are directed to order the Transcript of the proceedings held on September 4, 2024.

Dated: White Plains, New York
   September 4, 2024

SO ORDERED

_____
HON. KIM P. BERG
U.S. MAGISTRATE JUDGE