UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————x

UNITED STATES OF AMERICA

      -v-

ANTHONY BIANCHI,

               Defendant.

——————————————————————x

24-cr-483 (KPB)

## **ORDER**

KIM P. BERG, United States Magistrate Judge:

    Upon the Government's September 7, 2024 Motions in Limine and oral argument held on September 9, 2024, for the reasons stated on the record on September 9, 2024:

1. The Government's Motion to preclude Defendant from referencing or calling witnesses to testify the lack of authority for the MPs or Capt. Williams to request a BAC from Defendant is granted.
2. The Government's Motion to preclude evidence of the Defendant's or Military organization's routine practices at the ACP Gate is denied.
3. The Government's Motion in Limine to elicit testimony on its direct case that Defendant requested a lawyer is granted and the Court will provide the contemporaneous instruction agreed to by both Parties as stated on the record.

    The Parties are directed to order the Transcript of the proceedings held on September 9, 2024.

Dated: White Plains, New York
        September 9, 2024

                                        SO ORDERED

                                        _____
                                        HON. KIM P. BERG
                                        U.S. MAGISTRATE JUDGE