UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x


UNITED STATES OF AMERICA

                                                                24-cr-483 (KPB)

            -v-


ANTHONY BIANCHI,

                              Defendant.

_____x


## ORDER

KIM P. BERG, United States Magistrate Judge:

    Upon the Government's September 10, 2024 Motion in Limine together with oral argument held on September 10, 2024, for the reasons stated on the record, the Government's Motion to preclude defense examination of witnesses concerning the investigative techniques, or lack thereof, used by the military police is Granted and upon consent of both Parties a limiting instruction was agreed upon to read to the jury.

Dated: White Plains, New York
      September 10, 2024

                                                SO ORDERED


                                                _____
                                                HON. KIM P. BERG
                                                U.S. MAGISTRATE JUDGE